CCC:ku

- - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | CERTIFICATE OF SERVICE |
| - against - | 14-CR-264 (JS) |
| ERIC SMITH, | |
| Defendant. | |

- - - - - - - - - - - - - - - - X

Kerryanne Ucci, hereby declares and states as follows:

That on March 10, 2023, I caused to be served by the Office of the United States Attorney, Central Islip, New York, a supplemental letter regarding the government's response in opposition to defendant's motion to vacate, by U.S. Postal Service to the person at the place and address as follows:

Eric Smith  
Reg. No. 89280-053  
USP Lee  
U.S. Penitentiary  
P.O. Box 305  
Jonesville, VA 24263

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated:  Central Islip, New York  
        March 10, 2023

                                          /s/ Kerryanne Ucci  
                                         Kerryanne Ucci  
                                         United States Attorney's Office  
                                         Eastern District of New York